CLARA ARONSON, as Executrix of ANDREW ARONSON, Deceased, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent, and CLARA ARONSON, Appellant.

Argued May 20, 1940; decided June 4, 1940.

*Harry J. McDermott* for appellant.

*Earl S. MacArthur* and *Louis H. Cooke* for defendant, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: LEHMAN, Ch. J.